UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRETIA V JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No.  13-cv-05163-JSC<br><br>**JUDGMENT** |

On August 26, 2014, the Court granted Defendant's motion for summary judgment and denied Plaintiff's motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 26, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California